LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
SANDRA D. HAUSER (admitted *pro hac vice*)
sandra.hauser@dentons.com
JEFFREY A. ZACHMAN (admitted *pro hac vice*)
jeffrey.zachman@dentons.com
DENTONS US LLP
1999 Harrison Street
Suite 1300
Oakland, CA 94612-4709
Telephone:  415 882 5000
Facsimile:   415 882 0300

Attorneys for Defendant METROPOLITAN TOWER LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. PITT, Individually, as Successor-In-Interest to Michael A. Pitt, Decedent, on Behalf of the Estate of Michael A. Pitt, and on Behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN TOWER LIFE INSURANCE COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-CV-00694-BAS-DEB<br><br>**DECLARATION OF LAURA GEIST IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY CLASS**<br><br>Judge:  Hon. Cynthia A. Bashant<br>Date Action Filed:  April 10, 2020<br>Hearing Date: January 31, 2022 |

Pursuant to 28 U.S.C. § 1746, I make the following declaration in support of Defendant Metropolitan Tower Life Insurance Company's ("Tower's") Opposition to Plaintiff's Motion to Certify Class in this case.

1. I am an attorney admitted to practice before the United States District Court, Southern District of California. I am a partner with Dentons US LLP, the attorneys of record for Tower. I make the following declarations from personal knowledge, and if called to testify, could and would do so competently as to the accuracy of same.

2. Attached as Exhibit A is a true and correct copy of the expert report of Professor Craig Merrill, an economist who has spent decades studying life insurance and related consumer financial products, including not only product structure and pricing but the reasons why consumers acquire or discontinue certain products as well as the economic and non-economic reasons for owning life insurance, annuities, and other retirement products.

3. Dr. Merrill reviewed research related to policyholder decision-making—specifically decision-making related to policy lapse. He also analyzed specific Tower policy files from a random sample of 100 Tower policies within Plaintiff's proposed class definition. The 100 Tower policies were randomly selected using a method agreed to by Plaintiff.

4. During the course of discovery, Tower produced documents from that 100-policy sample to Plaintiff. Relevant documents from several of the exemplar policy files are attached as Exhibits to this Declaration, as specifically set forth below.

5. Attached as Exhibit B is a true and correct copy of a selection of documents produced in this action by Tower from the policy file for Policy No. 3361929.

6. Attached as Exhibit C is a true and correct copy of a selection of documents produced in this action by Tower from the policy file for Policy No. 3710095.

7. Attached as Exhibit D is a true and correct copy of a selection of documents produced in this action by Tower from the policy file for Policy No. 3287297.

8. Attached as Exhibit E is a true and correct copy of a selection of documents produced in this action by Tower from the policy file for Policy No. 3358711.

9. Attached as Exhibit F is a true and correct copy of a selection of

- 2 -

DECLARATION OF LAURA GEIST

1  documents produced in this action by Tower from the policy file for Policy No.
2  3607562.
3      10.    Attached as Exhibit G is a true and correct copy of a selection of
4  documents produced in this action by Tower from the policy file for Policy No.
5  3067590.
6      11.    Attached as Exhibit H is a true and correct copy of a selection of
7  documents produced in this action by Tower from the policy file for Policy No.
8  3938209.
9      12.    Attached as Exhibit I is a true and correct copy of a selection of
10 documents produced in this action by Tower from the policy file for Policy No.
11 TL0013674H.
12     13.    Attached as Exhibit J is a true and correct copy of a selection of
13 documents produced in this action by Tower from the policy file for Policy No.
14 83528529UL.
15     14.    Attached as Exhibit K is a true and correct copy of a selection of
16 documents produced in this action by Tower from the policy file for Policy No.
17 840387456UL.
18     15.    Attached as Exhibit L is a true and correct copy of a selection of
19 documents produced in this action by Tower from the policy file for Policy No.
20 855075325UL.
21     16.    Attached as Exhibit M is a true and correct copy of a selection of
22 documents produced in this action by Tower from the policy file for Policy No.
23 885176039UL.
24     17.    Attached as Exhibit N is a true and correct copy of a selection of
25 documents produced in this action by Tower from the policy file for Policy No.
26 890815239UL.
27     18.    Attached as Exhibit O is a true and correct copy of a selection of
28 documents produced in this action by Tower from the policy file for Policy No.

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
415 882 5000

DECLARATION OF LAURA GEIST

1  894377545UL.

2    19.    Attached as Exhibit P is a true and correct copy of excerpts from the deposition transcript of Plaintiff Susan A. Pitt.

4    20.    Attached as Exhibit Q is a true and correct copy of excerpts from the deposition transcript of Cecilia Mendoza.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 6, 2021

*[signature]*
Laura Geist