# Exhibit Q
# Declaration of Laura Geist

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SUSAN A. PITT, individually, as                )
Successor-In-Interest to MICHAEL A. PITT,      )
Decedent, on Behalf of the Estate of           )
Michael A. Pitt, and on Behalf of the          )
Class,                                         )
                                               )
                Plaintiff,                     )
                                               )
    vs.                                        ) Case No.
                                               ) 3:20-
METROPOLITAN TOWER LIFE INSURANCE              ) CV-00694-
COMPANY, a Delaware Corporation,               ) BAS-DEB
                                               )
                Defendant.                     )
                                               )

VIDEOTAPED VIA VIDEOCONFERENCE

DEPOSITION OF CECILIA MENDOZA

PAGES 1 THROUGH 133, INCLUSIVE

SEPTEMBER 10, 2021

MONROE TOWNSHIP, NEW JERSEY

REPORTED BY:   SUSAN L. FOSTER, CSR No. 2942

# CHINDLUND & ASSOCIATES
Certified Deposition Reporters

1901 First Avenue • Second Floor • San Diego, California 92101 • (619) 696-9796 • Fax (619) 303-2738

*CECILIA MENDOZA*                *September 10, 2021*

```
 1  APPEARANCES OF COUNSEL:

 2      (Appearances Via Videoconference)

 3
    For the Plaintiff:
 4
        NICHOLAS & TOMASEVIC, LLP
 5      BY:  ALEX TOMASEVIC, ESQ.
        BY:  CRAIG NICHOLAS, ESQ.
 6      225 Broadway, 19th Floor
        San Diego, California 92101
 7      (619) 325-0492
        atomasevic@nicholaslaw.org
 8      cnicholas@nicholaslaw.org

 9         -and-

10      WINTERS & ASSOCIATES
        BY:  JACK B. WINTERS, ESQ.
11      BY:  SARAH BALL, ESQ.
        8489 La Mesa Boulevard
12      La Mesa, California 91942
        (619) 234-9000
13      jackbwinters@earthlink.net
        sball@einsurelaw.com
14

15  For the Defendant:

16      DENTONS US LLP
        BY:  JEFFREY ZACHMAN, ESQ.
17      303 Peachtree Street, NE, Suite 5300
        Atlanta, Georgia 30308
18      (404) 527-4000
        jeffrey.zachman@dentons.com
19

20
    Also Present:
21
        MATTHEW MICHAELS, ESQ.
22      In-house Counsel, MetLife

23
        SHAYNE DAVIDSON, VIDEOGRAPHER
24      VideoTrack
        (619) 234-1990
25
```

CECILIA MENDOZA          September 10, 2021

## I N D E X

**WITNESS:**

**CECILIA MENDOZA**

| EXAMINATION | PAGE |
|---|---|
| BY MR. WINTERS | 6 |

### INDEX OF EXHIBITS

| NUMBER | PAGE | DESCRIPTION |
|---|---|---|
| 8 | 70 | 299-page copy of Mr. Pitt's policy and file (Bates Tower 00001-00299) |
| 16 | 17 | Six-page copy of Plaintiff's Third Amended Notice of Fed R CIV P 30(b)(6) Deposition (Category 11) |
| 17 | 18 | Seven-page copy of E-mail dated 7-12-21 |
| 18 | 18 | Eight-page copy of E-mail dated 7-16-21 |
| 19 | 19 | 11-page copy of E-mail dated 7-19-21 |
| 22 | 20 | 11-page copy of Defendant's Responses and Objections to Plaintiff's Interogatories, Set Five |
| 23 | 20 | One-page copy of Mendoza Verification |
| 24 | 33 | 101-page copy of Annual Statement of Metropolitan Tower Life Insurance Company as of 12-31-18 |

3

CECILIA MENDOZA          September 10, 2021

1  arithmetical or mathematical or calculus to come to an
2  estimated value for purposes of setting the reserve for
3  every policy?
4        MR. ZACHMAN:  Object to form and scope to the
5  extent it asks what the system can do.
6        THE WITNESS:  The system can only do a
7  calculation of a -- of a policy reserve, and that does
8  not equate to the policy value.
9  BY MR. WINTERS:
10     Q.  Now you're using the term policy value.  What
11  do you mean by the term "policy value"?
12     A.  Policy value could mean, for some policies like
13  whole life policies, a benefit -- there is a sort of
14  like an additional benefit on whole life policies other
15  than just the death benefit.  They can have a cash
16  value --
17     Q.  Sure.  Mm-hmm.
18     A.  -- where if the policy holder chooses, he can
19  surrender the policy and get back the cash value.  That
20  is more clear in my head as being a policy value,
21  something that does not hold true for a term policy
22  because a term policy will not have a cash value the
23  same way a whole life policy does.  But both term and
24  whole life policies have reserves.
25     Q.  In the reserve calculation used by Tower, I'm

Timestamps: 10:35:29 (line 7), 10:35:57 (line 13), 10:36:25 (line 20)

CECILIA MENDOZA          September 10, 2021

|  |  |
|---|---|
| 10:36:57 | 1  going to leave it -- well, in the reserve calculations |
|  | 2  used by Tower, does the reserve calculation provide for |
|  | 3  the company's profit from having the funds available to |
|  | 4  use for purposes of investment or otherwise? |
|  | 5          In other words, is there any valuation in |
|  | 6  the -- any factor in setting the reserves that includes |
|  | 7  the reasonable profit from the company having the money |
|  | 8  in hand? |
| 10:37:29 | 9          MR. ZACHMAN:  Object to form. |
|  | 10         THE WITNESS:  No, there is not. |
|  | 11 BY MR. WINTERS: |
|  | 12    Q.   And -- and -- and does the reserve calculation |
|  | 13 in any fashion take into consideration the amount of |
|  | 14 premiums that have been paid to date as of the date of |
|  | 15 the valuation? |
| 10:38:04 | 16    A.   Yes, it does. |
|  | 17    Q.   How so? |
|  | 18    A.   For purposes of knowing if there is a -- if |
|  | 19 there is an offset to the reserve that is being |
|  | 20 calculated.  When the reserve is calculated, it is a -- |
| 10:38:28 | 21 it is making -- it is also making an assumption that all |
|  | 22 premiums have been paid to -- to date. |
|  | 23         After that reserve is calculated, there is -- |
|  | 24 there would normally be an offset.  If, for example, you |
|  | 25 have a policy that, you know, hits the point where a |

73

CECILIA MENDOZA                September 10, 2021

1                DEPOSITION OFFICER'S CERTIFICATE

2        I, SUSAN L. FOSTER, CSR No. 2942, Certified

3   Shorthand Reporter in and for the State of California,

4   do hereby certify:

5        That prior to being examined, the witness in the

6   foregoing deposition,

7                        **CECILIA MENDOZA,**

8   was by me duly sworn to testify to the truth, the whole

9   truth and nothing but the truth in the foregoing cause;

10       That I am the deposition officer who recorded

11  stenographically the testimony of the witness remotely

12  and then transcribed it through computer-aided

13  transcription, and the foregoing contains a true record

14  of the testimony of the witness.

15       That the witness did ✓ did not ___ request to read

16  and sign the deposition transcript.

17       That I am in no way interested in the outcome of

18  this action, and am not connected with, related to, nor

19  an employee of any of the parties in this action or to

20  their respective counsel.

21       In witness whereof, I have hereunto set my hand on

22  this 22nd day of September, 2021.

23

24

25                           SUSAN L. FOSTER, CSR
                             Certificate No. 2942