

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan A. Pitt<br><br>Plaintiff,<br>V.<br><br>Metropolitan Tower Life Insurance Company<br><br>Defendant. | Civil Action No.   20CV0694-RSH-DEB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, the Court ORDERS that: 1. Tower's motion for summary judgment, ECF No. 53, is GRANTED; and 2. Plaintiff's motion for partial summary judgment, ECF No. 77, is DENIED. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant.
IT IS SO ORDERED.

Date:        6/5/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sudan
                              A. Sudan, Deputy